**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VAMSIDHAR R. VURIMINDI,**<br>**Plaintiff,**<br><br>**v.**<br><br>**MHM CORRECTIONAL SERVICES, INC., CITY OF PHILADELPHIA, AND CORIZON, INC.,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26CV3061** |

**O R D E R**

**AND NOW**, this 2nd day of September , 2026, upon consideration of the Motions to Dismiss filed by Defendant MHM Correction Services, Inc. (ECF No. 23, 27) and the City of Philadelphia (ECF No. 28), as well as Plaintiff Vamsidhar Vurimindi's Responses in Opposition (ECF No. 33, 34, 35), it is **HEREBY ORDERED** that:

- Defendant MHM's Motion is **GRANTED IN-PART** and **DENIED IN-PART**. Plaintiff's *Monell* claims brought pursuant to 42 U.S.C. § 1983, and his claim for intentional infliction of emotional distress, are **DISMISSED WITHOUT PREJUDICE** as against Defendant MHM. The Motion is **DENIED** in all other respects.
- Defendant City of Philadelphia's Motion is **GRANTED IN-PART** and **DENIED IN-PART**. Plaintiff is precluded from recovering for acts which occurred prior to January 15, 2014. Defendant City of Philadelphia's Motion is **DENIED** in all other respects.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**